IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRICK WILLIAMS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-2669 |
| | : | |
| **THE PENNSYLVANIA PAROLE BOARD, J. RIVELLO, THE PENNSYLVANIA ATTORNEY GENERAL, THE PHILADELPHIA DISTRICT ATTORNEY** | : | |

# ORDER

AND NOW, this 4th day of November 2024, upon considering the Petition for habeas corpus (ECF 1), Defendants' Answer (ECF 9) under our July 3 and July 30, 2024 Orders (ECF 5, 8), Petitioner's Opposition (ECF 10), finding no basis for a certificate of appealability, and for the reasons in today's accompanying Memorandum, it is **ORDERED** we:

1. **DENY** and **DISMISS** the Petition (ECF 1);

2. **DENY** a certificate of appealability; and,

3. **DIRECT** the Clerk of Court **close** this case.

_____
**KEARNEY, J.**